# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Joseph Richards, et al.

                    Plaintiff,

v.                                           Case No.: 1:17−cv−06117

                                                              Honorable John Robert Blakey

Century Roofing and Sheet Metal, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 9, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 11/9/2017. Defendant's motion to dismiss [25] is denied without prejudice. Oral motion for leave to file an amended complaint is granted. Any amended complaint or voluntary dismissal shall be filed on or before 11/30/2017. Status hearing set for 12/7/2017 at 9:45 a.m. in Courtroom 2303. Parties should be prepared to set additional case management dates at the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.