UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Joseph Richards, et al.

                                      Plaintiff,

v.                                                           Case No.: 1:17−cv−06117
                                                                          Honorable John Robert Blakey

Century Roofing and Sheet Metal, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's motion for voluntary dismissal [30] is granted, and this case is hereby dismissed under Rule 41(a). Defendants' motion for fees [31] is denied. The 12/7/17 Notice of Motion date is stricken, and the parties need not appear. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.